

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00717-CV

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellants

v.

**CITY OF PREMONT, TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellants Elda E. Gonzalez and Jose R. Gonzalez filed a notice of appeal of the trial court's orders dismissing their case. On November 9, 2022, appellee the City of Premont, Texas filed a supplemental clerk's record including its counterclaims against appellants. Appellee then filed a motion to dismiss the appeal on November 17, 2022. In its motion to dismiss, appellee cites the supplemental clerk's record and notes that its counterclaims remain pending in the appeal. They contend that as a result there is no final judgment, there is no statutory authorization for appellants' interlocutory appeal, and this court therefore lacks jurisdiction over the appeal.

After reviewing the clerk's record and the supplemental clerk's record, it appears appellants' appeal is interlocutory. This court has jurisdiction to consider an appeal of an interlocutory order only if expressly authorized by statute. *Stary v. DeBord*, 967 S.W.2d 352, 352 (Tex. 1998); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992).

Accordingly, we **order** a response due by **December 15, 2022**, showing cause why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellant has the burden to request the trial court clerk prepare a supplemental clerk's record containing all pleadings and orders necessary to establish this court's jurisdiction. Appellant must file a copy of any request for a supplemental record with this court. Appellant is likewise reminded of this court's November 7, 2022 order in connection with the incomplete

clerk's record, which suspended deadlines in this matter. All deadlines in this matter remain suspended until further order of the court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court